**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CHARLES RAY ROBERTSON** | **CASE NO. 3:22-CV-05679** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JENNIFER BOLINDER THOMAS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Jennifer Bolinder Thomas's Motion to Dismiss for Lack of Jurisdiction [Doc. No. 15] is **GRANTED**, and all claims, including Thomas's counterclaim, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER OREDERED, ADJUDGED, AND DECREED** that Plaintiff Charles Ray Robertson's Motion to Dismiss Counterclaim [Doc. No. 17] is **DENIED as moot**.

In Chambers, at Monroe, Louisiana, on this 22nd day of March, 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**